UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LANTANA INSURANCE, LTD.,
        Plaintiff,
vs.                                        Case No.: 3:08cv64/MCR/EMT

PATRICIA JO RITCHIE d/b/a
RITCHIE LARGE FAMILY CHILD
CARE HOME, et al.,
        Defendants.
_____/

**O R D E R**

Before the court is the Amended Joint Motion for Court to Hold Fed. R. Civ. P. 16 [Conference] (Doc. 34), filed by the John Doe and Jane Doe defendants and Defendants Gary R. Wright, Kourtney Wright, Shasta Phillips, and Christina Tanksley.[1]  Plaintiff has not responded.

The motion is **GRANTED**.  As provided by separate notice issued on yesterday's date (Doc. 35), the court will conduct a Rule 16 conference on Tuesday June 30, 2009, at 2:00 PM (CDT).  The time allotted is thirty (30) minutes.

The docket reflects that Defendant Patricia Jo Ritchie has waived service of process but, to date, has not entered an appearance in this case or otherwise defended.  Defendant Ritchie should appear at the June 30, 2009, scheduling conference personally or through counsel.  Defendant Ritchie is advised that currently she is subject to an entry of default and that, if she does not defend in this matter, a judgment of default may ultimately be entered against her.

The clerk is instructed to advise the court immediately if Defendant Ritchie's copy of this

---

[1] Defendants state in their N. D. Fla. Loc. R. 7.1(B) certificate that they attempted to confer with counsel for the opposing party and Defendant Patricia Jo Ritchie but that neither could be reached.  Defendants are advised that in the future, absent a showing that extenuating circumstances exist, this court is unlikely to accept a Rule 7.1(B) certificate that reflects merely an "attempt to confer."

order is returned by the U.S. Postal Service as undeliverable.

       Accordingly, it is **ORDERED:**

       The Amended Joint Motion for Court to Hold Fed. R. Civ. P. 16 [Conference] (Doc. 34) is **GRANTED.**

       **DONE and ORDERED** this 16th day of June 2009.


       /s/ *Elizabeth M. Timothy*
       **ELIZABETH M. TIMOTHY**
       **UNITED STATES MAGISTRATE**