UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LANTANA INSURANCE, LTD.,
        Plaintiff,
vs.                                              Case No.: 3:08cv64/MCR/EMT

PATRICIA JO RITCHIE d/b/a
RITCHIE LARGE FAMILY CHILD
CARE HOME, et al.,
        Defendants.
_____/

## O R D E R

Before the court is the Second Amended Joint Motion for Protective Order filed by the John Doe and Jane Doe defendants and Defendants Gary R. Wright, Kourtney Wright, Shasta Phillips, and Christina Tanksley.[1]  Plaintiff has not responded.

The motion for protective order (Doc. 33) is **GRANTED**, as follows:

1.      The minor defendants may proceed using the pseudonyms set forth in the amended complaint.

2.      The parties shall utilize pseudonyms in all filings or pleadings that are not submitted under seal.

3.      The parties shall submit under seal any filings or pleadings that require the identification (through such information as name, gender, age, etc.) of the minor defendants or the inclusion of information that might reasonably lead to their identification.

---

[1] Defendants state in their N. D. Fla. Loc. R. 7.1(B) certificate that they attempted to confer with counsel for the opposing party and Defendant Patricia Jo Ritchie but that neither could be reached.  Defendants are again advised that in the future, absent a showing that extenuating circumstances exist, this court is unlikely to accept a Rule 7.1(B) certificate that reflects merely an "attempt to confer."

4. Counsel for the minor defendants shall disclose the minor defendants' full and true identities to the court, under seal, and to Plaintiff and Plaintiff's counsel, no later than **June 22, 2009.**

5. Plaintiff and its counsel are permitted to disclose the identities of the minor defendants only to those parties who are directly and essentially involved in the litigation, such as therapists and other professionals in privity with a party.  Plaintiff or its counsel shall instruct all persons to whom the identities of the minor defendants have been disclosed pursuant to the terms of this order that the identities are privileged information and must not be disclosed to any other individuals or entities.  Counsel must provide a copy of this order to any person to whom they wish to disclose the identities of the minor defendants, along with a statement that must be dated and signed by the person acknowledging he has read this order and agrees to be bound by its terms.

6. Disclosure of the identities of the minor defendants by Plaintiff or its counsel in violation of the terms of this order may result in the court's finding the offending party or parties in contempt and ordering sanctions.

7. Unless and until this court or the district court directs otherwise, all persons who are or may become subject to the terms of this protective order will remain so bound until the litigation has concluded.

8. Plaintiff and its counsel may disclose the identities of the minor defendants by further order of this court.

**DONE and ORDERED** this 16th day of June, 2009.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**