IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LANTANA INSURANCE LTD.,
    Plaintiff,

v.                                                Case No.: 3:08cv64/MCR/EMT

PATRICIA JO RITCHIE, et al.,
    Defendants.
_____/

**FINAL SCHEDULING ORDER**

      A "Supplemental Joint Report on Conference of the Parties" (Doc. 25) has been filed, and at the request of the parties a Rule 16 Conference was held before the undersigned on June 30, 2009. As discussed with the parties during the conference and with their consent, the stay imposed on July 30, 2008, is hereby lifted because the law enforcement investigation has been completed (*see* Docs. 22, 26). Moreover, upon consideration of the joint report and matters discussed during the conference, the Initial Scheduling Order (Doc. 15) is hereby modified to the following extent:

    (1)    **Discovery Period**. All discovery must be completed by **October 30, 2009**.

    (2)    **Rule 26 Requirements**.

        (a)    **Rule 26(a)(1) Disclosures**. The parties, with the exception of Defendant Patricia Jo Ritchie, have already exchanged initial disclosures. Defendant Ritchie must exchange the information required by Rule 26(a)(1) on or before **July 14, 2009**.

        (b)    **Rule 26(a)(2) Disclosures**. Disclosure of the identity of and reports from expert witnesses under Rule 26(a)(2) is not required, as the parties do not expect to utilize expert witnesses in this action.

    (3)    **Dispositive Motions**. Dispositive motions shall be filed not later than **thirty (30) days** after the close of discovery.

In all other respects, the Initial Scheduling Order (Doc. 15) shall continue as the Final Scheduling Order.

**DONE AND ORDERED** this 1st  day of July 2009.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**