IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LANTANA INSURANCE LTD.,
    Plaintiff,

v.                                      Case No.: 3:08cv64/MCR/EMT

PATRICIA JO RITCHIE, et al.,
    Defendants.
_____/

**O R D E R**

This cause is before the court upon Plaintiff's Motion for Protective Order and Memorandum of Law (Doc. 52). Before the court rules on this matter, Defendants John Doe No. 2, Jane Doe No. 1, Jane Doe No. 2, Gary R. Wright, and Kourtney Wright shall have an opportunity to respond.

Accordingly, it is **ORDERED**:

Defendants John Doe No. 2, Jane Doe No. 1, Jane Doe No. 2, Gary R. Wright, and Kourtney Wright shall respond to the motion on or before **WEDNESDAY, SEPTEMBER 16, 2009**. The remaining Defendants need not file a response, but may do so if they wish on or before **SEPTEMBER 16, 2009.** Prior to responding, Defendants shall fully review this court's "Order Concerning Discovery Disputes," which will be issued by separate order on today's date.

**DONE AND ORDERED** this 11th day of September 2009.

                                            */s/ Elizabeth M. Timothy*
                                            **ELIZABETH M. TIMOTHY**
                                            **UNITED STATES MAGISTRATE JUDGE**